**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NICKOLAY S. KRAVCHUK, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | NO. CIV-07-0147-HE |
| | ) | |
| ALBERTO GONZALES, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

Petitioner Nickolay Kravchuk, appearing *pro se*, instituted this action pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus because of his continued detention by Immigration Custom's Enforcement. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to Magistrate Judge Bana Roberts. Respondents filed a motion to dismiss the petition as moot, stating that petitioner was released from custody on March 1, 2007 and attaching a copy of a Release Notification and an Order of Supervision as evidence of petitioner's release. Petitioner did not respond to the motion to dismiss. Magistrate Judge Roberts recommended that the petition be dismissed as moot. A copy of the Report and Recommendation was mailed to petitioner at the last address given to the court and this mail was returned to the court. *See* Doc. # 14. Plaintiff failed to notify the court of his address change as required by LCvR 5.5. Accordingly, the court **ADOPTS** the Report and Recommendation and **DISMISSES** the petition for writ of habeas corpus as **MOOT**.

**IT IS SO ORDERED**.

Dated this 21st day of May, 2007.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE